RALPH J, MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 701
Newark, NJ 07102
(973) 645-645-2736
LAB0321
FLU:KCPB

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Hon. William H. Walls** |
| *Plaintiff,* | |
| v. | CRIMINAL No. 06-382 |
| **BRETT J. HALPIN,** | |
| *Defendant,* | **GARNISHEE ORDER** |
| and | |
| **SUSQUEHANA BANK,** **and its successors or assigns,** | |
| *Garnishee.* | |

An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued. The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by federal express mail. Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had 3 accounts (Joint Checking, and two IRA/CD accounts) in his possession, custody or under his control, personal property

belonging to the defendant.

IT IS ORDERED that the garnishee **LIQUIDATE** one half (½) of the defendant's joint checking account and the **ENTIRE** amount in the defendant's IRA/CD accounts so that it may be applied to the defendant's financial obligation to the United States of America.

DATED: 7 October 2009

HON. WILLIAM H. WALLS, JUDGE
UNITED STATES DISTRICT COURT